IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH BRYANT WEBB,** :  | CIVIL ACTION NO. 1:06-CV-0778 |
| **Petitioner** : | (Judge Conner) |
| v. : | |
| **WARDEN TROY WILLIAMSON, ET AL.,** : | |
| **Respondents** : | |

## ORDER

AND NOW, this 17th day of May, 2006, upon consideration of petitioner's motion to supplement his petition to include a fifth ground of relief (Doc. 7), and upon consideration of respondents' motion for an enlargement of time (Doc. 11) to oppose petitioner's request for injunctive relief and to respond to the petition, it is hereby ORDERED that:

1. Petitioner's motion to supplement his petition (Doc. 7) is GRANTED.

2. The Clerk of Court is directed to forward copies of the supplement (Doc. 7) to counsel of record.

3. Respondents' motion for an enlargement of time (Doc. 11) is GRANTED. Although respondents requested an enlargement until May 30, 2006, in light of the supplement to the petition (Doc. 7), the respondent will be afforded until June 14, 2006, to respond to the petition (Doc. 1), request for injunctive relief (Docs. 3, 7) and the supplement to the petition (Doc. 7).

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge