# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH BRYANT WEBB,** | : | **CIVIL ACTION NO. 1:06-CV-0778** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN TROY WILLIAMSON, ET AL.,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 31st day of July, 2006 upon consideration of petitioner's emergency motions (Docs. 14, 20) to limit the scope of the respondents' response to the petition, and to direct respondents to produce a transcript of a statutory interim hearing, and it appearing that the habeas corpus rules governing both the scope of the response and the transcripts to be produced, see R. GOVERNING § 2254 CASES R. 5 ("The Answer and the Reply"); see also, R. 1(b) (applicable to petitions under 28 U.S.C. §2241 in the discretion of the court), R. 5 (sets forth requirements for Answer and Reply), sufficiently explain respondents' obligations with respect to both the filing of an answer to the petition for writ of habeas corpus and the production of transcripts, it is hereby ORDERED that the motions (Doc. 14, 20) are DENIED.

                                                /s/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge