# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH BRYANT WEBB,** : | **CIVIL ACTION NO. 1:06-CV-0778** |
| Petitioner : | (Judge Conner) |
| v. : | |
| **WARDEN TROY WILLIAMSON, ET AL.,** : | |
| Respondents : | |

## ORDER

AND NOW, this 12th day of April, 2007, upon consideration of petitioner's motion for leave to amend (Doc. 31) his motions for reconsideration (Docs. 25, 27), and it appearing that the court has denied the motions for reconsideration (Doc. 35), it is hereby ORDERED that the motion for leave to amend (Doc. 31) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge